UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JANE DOE,

                Petitioner,

       -against-

ANONYMOUS, et al.,

                Respondents.

25-CV-8648 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Petitioner, proceeding as a Jane Doe party, has filed an "emergency motion for a sealing order." (ECF 1.) Petitioner indicates that she seeks to "file a 50-page Petition containing several Highly Sensitive Documents that meet the SDNY's criteria for HSDs designation per the SDNY's June 6, 2025, Order (21-MC-0006) for Highly Sensitive Documents." (ECF 1 ¶1.) The Clerk of Court opened Petitioner's emergency motion as a new civil action and assigned it docket number 25-CV-8648.

      As discussed below, the Court denies Petitioner's motion without prejudice to her filing a petition in this action, within 30 days of the date of this order, that does not include documents that she claims are Highly Sensitive Documents. If Petitioner intends to proceed anonymously, she also must submit a motion to proceed anonymously and two petitions, one that includes her real name and the other her anonymous name. Finally, if she intends to pay the fees, she must also submit payment of the $405 fees. If she cannot afford to pay the fees, she may submit an application requesting waiver of the fees.

      Should Petitioner then seek to submit Highly Sensitive Documents in this action, she must comply with the June 6, 2025 Standing Order. To comply with the Standing Order, Petitioner must submit her "request and the proposed HSD material . . . to the clerk's office in a

sealed envelope marked "HIGHLY SENSITIVE DOCUMENT." The outside of the envelope shall be affixed with a copy of the HSD's caption page (with confidential information redacted)." *In Re: Procedures for Requesting, Filing, and Management of Highly Sensitive Documents*, Amended Standing Order, M10-468, 21-MC-0006 (Doc. No. 3) (S.D.N.Y. June 6, 2025).

If Petitioner does not file a petition in this action within 30 days of the date of this order, or otherwise respond to this order, the Court will direct the Clerk of Court to close this action.

The Court directs the Clerk of Court to email this order to Petitioner at the address on file. Petitioner may receive court documents by email by completing the attached form, [Consent to Electronic Service](#).[1] Petitioner must provide an address, either a physical address or an email address, where the Clerk's Office can send her court orders.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   October 20, 2025
         New York, New York

                                       /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge

---

[1] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.